1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION, RIVERSIDE

| | |
|---|---|
| TRIXY M. BETSWORTH, an individual, and JACQUELYN FITHIAN, an individual<br><br>        Plaintiffs,<br><br>    v.<br><br>SAN BERNARDINO COUNTY; ARROWHEAD REGIONAL MEDICAL CENTER; and DOES 1-10, inclusive.<br><br>        Defendants. | Case No. 5:13-CV-1058-JGB (SPx)<br>Hon. Jesus G. Bernal<br><br>**PROTECTIVE ORDER**<br><br>**[NOTE CHANGES MADE BY COURT]**<br><br><br><br><br><br><br><br>Action Filed:   June 12, 2013<br>Trial Date:      March 24, 2015 |

**ORDER**

Good cause appearing for the issuance of a protective order, IT IS HEREBY ORDERED that the Stipulated Protective Order shall be, and is hereby, entered, with the following changes:

1. On page 5, the words "or trial" are stricken from the first line of paragraph V.B.2, as this Order does not govern the use or treatment of Confidential Information at trial; and

2. The last full sentence on page 6, in the third paragraph of section VII.A, is modified to read: "Documents containing Confidential Information that are filed with the Court must be filed with an application to seal the documents in compliance with Local Rule 79-5."

Dated: _November 19, 2014_____
_____

Hon. Sheri Pym

2338572.1